UNITED STATES of America, Plaintiff-Appellee,

v.

Henry CARON, Defendant-Appellant.

No. 387, Docket 24107.

United States Court of Appeals
Second Circuit.

Argued June 4, 1957.

Decided June 26, 1957.

Leonard P. Moore, U. S. Atty., for the Eastern District of New York, Brooklyn, N. Y. (Cornelius W. Wickersham, Jr., Chief Asst. U. S. Atty., Brooklyn, N. Y., of counsel), for plaintiff-appellee.

Henry Caron, pro se.

Before MEDINA, LUMBARD and WATERMAN, Circuit Judges.

PER CURIAM.

The only substantial points urged by appellant were presented to us in United States v. Tarricone, 2 Cir., 242 F.2d 555, wherein we affirmed the conviction of two of his co-defendants. The facts are there fully set forth. Upon the authority of that case the judgment of conviction is affirmed and the sentence under Count 2 is vacated.